**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SARAH E. BAPST,

    Plaintiff,

v.                                      Case No:  6:19-cv-45-Orl-40DCI

AMEDISYS HOLDING, LLC,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 35), filed November 7, 2019. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on November 8, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties